## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| IN RE:  YASMIN AND YAZ | ) | |
| (DROSPIRENONE) MARKETING, SALES | ) | 3:09-md-02100-DRH |
| PRACTICES AND PRODUCTS LIABILITY | ) | |
| LITIGATION | ) | MDL No. 2100 |
| | ) | |

**This Document Relates To:**

*Andrea Banes, et al. v. Bayer Healthcare*     No. 12-cv-11028-DRH
*Pharmaceuticals Inc., et al*

### JUDGMENT IN A CIVIL CASE

**DECISION BY COURT.**     These matters are before the Court for the purpose of docket control.

**IT IS HEREBY ORDERED AND ADJUDGED** that pursuant to the Order entered on June 25, 2014, the above captioned cases are **DISMISSED** with prejudice.  Each party shall bear their own costs.

**JUSTINE FLANAGAN,**
**ACTING CLERK OF COURT**

BY:   /s/*Caitlin Fischer*
**Deputy Clerk**

**Dated:**  June 26, 2014

Digitally signed by
David R. Herndon
Date: 2014.06.26
09:55:39 -05'00'

**APPROVED:**
**CHIEF JUDGE**
**U. S. DISTRICT COURT**